FILED
MA
NOV 1 3 2013
November 13 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSFS MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC AS ITS ATTORNEY IN FACT.

PLAINTIFF

vs.

BERNEDA BROWN, UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,

DEFENDANT

CIVIL NO.: 1:13-CV-02622

Judge: Ruben Castillo

Magistrate Judge Sheila Finnegan

**DEFENDANT'S MOTION TO AMEND DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR LACK OF STANDING**

**COMES NOW**, Defendant Berneda Brown, *sui juris*, per Haines vs. Kerner, 404 U.S. 519, 520, move to dismiss the foreclosure Amended Complaint brought by Plaintiff, U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSFS MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC AS ITS ATTORNEY IN FACT. ("U.S. BANK TRUST, N.A."), pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure ("FRCP") for lack of standing and states as follows:

Plaintiff's Attorney of record REBBECA M REYES "REYES" has actively attempted to deceive Defendant and this Court with procedural chaos subsequent to the Defendant's Notice of Removal (See docket entry #1) and this Court order dismissal without prejudice to the filing of a timely motion to remand or the filing of a proper amended federal complaint. (See Document #1).

A. INTRODUCTION

1. Defendant filed its Notice of Removal, paid the filing fee and Appearance on April 8, 2013. (See Document #1 and #3)

2. On April 23, 2013 the Plaintiff, HSBC MORTGAGE SERVICES, INC "HSBC", attorney Rebecca M Reyes filed her Appearance. (See Document #5)

3. On April 23, 2013 the Court entered to dismiss state complaint without prejudice to the filing of a timely motion to remand or the filing of a proper amended complaint. (See Document #6)

4. On June 13, 2013 HSBC untimely filed its Motion and Notice the court 51 days after the Court closed the case without prejudice.

5. On June 19, 2013 HSBC motion was granted by the Court.

6. On July 19, 2013 Defendant filed its timely Motion to Vacate Order of Remand supported by Affidavit. (See Document #12 and 15)

7. On July 30, 2013 the Court allowed a briefing schedule in regards to the Defendant Motion to Vacate Order of Remand as follows, HSBC is to respond in 14 days by August 13, 2013 the Defendant must reply in 7 days by August 20, 2013, in which the HSBC did not respond. (See Document #18)

8. Also on July 30, 2013, HSBC by and through its attorney stated in court that "My client, we filed a complaint in state court under the IMFL--, and Ms. Brown removed. The Court then sua sponte dismissed the complaint for failure to have met the federal complaint requirements and gave both of the parties time to act." "We did not act because we clearly didn't want to be in federal court in the first place ", "I had no interest in filing an amended complaint to meet the federal requirements." (See Document #22)

9. On or about August 22, 2013, Defendant contacted the Court to find out when a decision on Motion to Vacate the Order of Remand would be decided considering HSBC never responded to the motion, but trying to move forward in the state case on August 23, 2013 and their attorney tried

to get the Defendant to file an appearance and answer.

10. On August 27, 2013 some 14 days later HSBC filed its Motion to reset Briefing Schedule stating, "Due to a clerical error; the due date was mis-docketed." and HSBC respectfully request an additional seven days from this date of filing to file its response to Defendant's motion to Vacate Remand Order." (See Document #19)

11. On August 30, 2013 the court granted the Motion to Reset briefing schedule stating HSBC's response is due on or before 9/3/2013. (See Document #21)

12. On October 10, 2013 HSBC filed their Complaint and Motion for Substitution of Party, Plaintiff. (See Documents #30 through #33).

13. On October 28, 2013 Defendant motion the Court for an extension of time after deadline. (See Document #35)

14. On November 5, 2013 HSBC motion was granted by the Court for substitution of new Plaintiff. (See Document #37)

15. On November 5, 2013 the Court denied the Defendants motion for an extension of time after deadline. (See Document #37)

## B. ARGUMENT

16. HSBC and Plaintiff by and through its attorney has placed Defendant in this case with a substantial risk of loss of real property.

17. Plaintiff by and through its attorney has caused various documents to be recorded in the public records each of which HSBC allegedly review and said that documents were each executed by an alleged agent of HSBC lacked any personal knowledge as to the facts asserted in each document and who lacked any agency relationship to the true new Plaintiff entitled to enforce the terms of the Corporate Assignment of Mortgage.

18. However, on October 10, 2013 HSBC pursuant to Federal Rule of Civil Procedure 9(b), a Party must plead allegations of fraud with particularity. Borsellino v. Goldman Sachs Group, Inc., 477 F.3d 502, caused chaos in their submission of misleading deceptive manufactured documents to the Court with their filing and noticing the court their Complaint and Motion for Substitution of Party, HSBC's is trying to further break the Chain of Title and deny the Defendants due process of law. (See Documents #30 through #33) A complaint that contains factual allegations that are "merely consistent with a defendant's liability... stops short of the line between possibility and plausibility of entitlement to relief. ***Iqbal, 129 S.Ct at 1949***(internal quotations omitted).

19. A Robo-signer is a term used to described those who fraudulently affix either their own signature without conducting the due diligence they swear they have or affixing someone else's signature to important legal documents often with a notary stamped affixed.

20. Exhibits obtained by the Defendant will show the purported signatures does not look anything like the purported signatures on the Defendants Corporate Assignment of Mortgage as in HSBC's Exhibit C filed in the Cook County Recorder of Deeds and now filed in the Federal Complaint as Exhibit C. (See attached hereto Exhibit 1)

21. The new Plaintiff by and through its attorney that has been substitute as Plaintiff by and through the same Attorney of Record for HSBC REYES is able to produce an Assignment of Mortgage/Deed of Trust based on a manufactured Corporate Assignment of Mortgage HSBC previously submitted to the State Court by and through the same Attorney of Record representing, HSBC now representing the requested new Substituted New Plaintiff.

22. HSBC Corporate Assignment of Mortgage was executed on August 28, 2012 in the state of Florida county of Hillsborough and recorded in the Office of the Cook County Recorder of Deeds on August 31, 2012 [See HSBC Exhibit C]. Accordingly,

HSBC was only "assigned" interest in the subject Mortgage until some 5 years and 11 months after the origination of Mortgage and the Preparer of the Document **MICHELLE LYTLE** (a known Robo-Signer, a term used to described those who fraudulently affix either their own signature without conducting the due diligence they swear they have or affixing someone else's signature to important legal documents often with a notary stamp affixed as well.) Assistant Secretary who does not have Power of Attorney to do so and has failed to include the Note when it prepared its manufactured instrument of Corporate Assignment of Mortgage appears to be a fabricated manufactured signature that appears to be a photocopy of a signature that does not touch any part of the signature line provided in HSBC Exhibit C nor does it match other signatures which clearly touches the signature line but does not match the foregoing signature of Corporate Assignment of Mortgage provided in the initial Complaint to Foreclose was filed and HSBC did not have standing to sue. That is assuming that the Assignment of Mortgage is actually valid. New Plaintiff who want to Substitute Plaintiffs only submitted evidence of copy of Mortgage, a copy of the Note, without clear evidence of legal ownership, they fail to demonstrate the necessary element to pursue judicial foreclosure of showing that they are the current owner of the Note and Mortgage especially if the new Plaintiff is relying upon the HSBC manufactured Corporate Assignment of Mortgage which does not include the NOTE being assigned to HSBC. (See Exhibits in Document #s 30 through 33) (Also see Exhibit 1 docs)

23. Furthermore HSBC Corporate Assignment of Mortgage was executed on August 28, 2013 in the state of Florida county of Hillsborough and recorded in the Office of the Cook County Recorder of Deeds on August 31, 2012 [See Plaintiff Exhibit C].

Again, accordingly, HSBC was only "assigned" interest in the subject Mortgage until some 5 years and 11 month after the origination of Mortgage and the Preparer of the Document MICHELLE LYTLE (a known Robo-Signer) Assistant Secretary who does not have Power of Attorney to do so and has failed to include the Note when it prepared its manufactured instrument of Corporate Assignment of Mortgage, the Notary **BENNY L CAMPBELL** (also a known Robo-Signer) who allegedly witnessed the signature provided by Michelle Lytle also appears to be a fabrication of manufactured signature that also appears to be a photocopy of a signature that does not touch any part of the signature line provided in HSBC Exhibit C, it is obvious that the Notary and Assistant Secretary promoted a culture of speed obsessed "Robo-signing" central to which is an institutionalized business practice which relies upon the soliciting, influencing and coercing of improper notorial acts, known by Plaintiffs to be wrongful, deceptive and improper if proven. Therefore when HSBC originally filed its action of Complaint to Foreclose HSBC did not have standing to sue.

24. HSBC's Assignment of Mortgage is false, was known or should have been known by HSBC's as fabricated, as HSBC has recklessly made the representation that the signature of MICHELLE LYTLE is true accurate as well as the Notary BENNY L CAMPBELL is true and accurate.

25. Plaintiff and its counsel knew or should have known that MICHELLE LYTLE was a nationally known Robo-signer who was affixing a fake signature or others were using her name in lieu of their own to fraudulently sign and assign mortgages to HSBC and other banks. (See attached hereto Exhibit 2)

26. The signature of the Notary on the Corporate Assignment of Mortgage named

BENNY L CAMPBELL is also a fraud on the Defendant and this Court. The preparer of the documents have engaged in improper notarial acts, when they purported to act as a notary when he/she signed Corporate Assignment of that BENNY L CAMPBELL was not duly commissioned, that this document was not actually signed by BENNY L CAMPBELL that BENNY L CAMPBELL did not properly acknowledge this document, that BENNY L CAMPBELL did willfully fail to keep his Notary Seal under his direct and exclusive control, that this document is not duly acknowledged by BENNY L CAMPBELL is in violation of Florida and Illinois Notary laws.

27.The signatures of MICHELLE LYTLE and BENNY L CAMPBELL on the Corporate Assignment of Mortgage are not consistent with the signature used by MICHELLE LYTLE or BENNY L CAMPBELL in other legal documents signed by the aforementioned parties. (See attached hereto Exhibit 2)

28.HSBC by and through its Attorney has made the representation to this Court and Defendant that the Corporate Assignment of Mortgage is accurate and not a fraud on this Court and on the Defendant with the intent that Defendant should act upon it by consenting to the loss of property both dwelling of the Complaint and post filing of the Complaint.

29.In order for the new Plaintiff to be allowed to state a claim of injury they must have a valid assignment that includes MORTGAGE and NOTE and the exhibits should be factual and correct exhibits not manufactured documents being submitted to the state court and federal courts to base an injury that does not exist for either new Plaintiff who is initializing this Complaint to Foreclose by and through its Attorney Reyes upon the Defendant.

ignment of Mortgage and the recent Assignment of Mortgage inconsistent content which raises tangible questions of fact the Mortgage. This Corporate Assignment of Mortgage is

J.S. BANK TRUST, N.A has not proved up any genuine issue exists caused by the Defendant. See Anderson v. Liberty , 248 (1986); Insolia v. Phillip Morris, Inc., 216 F.3d 596, fendant has genuine disputable issues of material fact and the record to support the facts. See Keeton v. Morningstar, Inc., 667 F.3d 877, 880 (7th Cir. 2012). Therefore the new Plaintiff who was to substituted as Plaintiff is not Holder in Due Course of the Mortgage and Note, the Corporate Assignment of Mortgage that HSBC used to show as material fact was not properly assigned to them in whole only the Mortgage...only the mortgage was assigned.

32. HSBC and U.S. BANK TRUST, N.A breached its duty to deal in good faith and fair dealing with the Defendant when it filed its complaint to foreclose.

CLOSING

33. HSBC's by and through its Attorney stated on July 30, 2013 that was not her intention to bring forth a proper Federal Complaint and she has succeeded in doing so well she seem to prove herself right as to not bring forth a proper verified Federal Complaint. It would be fundamentally unfair to Defendant is indicative of fraud or/and incompetence if they continue chaos brought forth by U.S. BANK TRUST, N.A by and through its Attorney REYES if this motion to dismiss is not granted, thus not allowing the Defendant to receive fair due process of law.

PRAYER REQUEST FOR RELIEF

WHEREFORE, having set forth numerous legally sufficient causes of actions against the Plaintiff, Defendant, Berneda Brown, respectfully request that this Honorable Court:

    **A.** Dismiss Plaintiff's amended suit with prejudice.

    **B.** Render judgment that Plaintiff take nothing.

    **C.** A determination as to the scope of the nature and seriousness of the alleged misconduct, the number of violations, the persistence of the misconduct, the length of time over which the misconduct occurred, the willfulness of the HSBC's and U.S. BANK TRUST, N.A misconduct, and U.S. BANK TRUST, N.A s assets, liabilities and net worth.

    **D.** An order compelling Plaintiff, their successors, agents, representatives, employees and all persons who act in concert with them be permanently enjoined form committing any acts of unfair competition related to filing of improperly acknowledged documents in the public land records, including but not limited to the violations alleged herein.

    **E.** For an order requiring Plaintiff to record in the docket or claims register of each court's official record. A "Notice of Improperly Acknowledged Document", or such similar Notice as the Court deems appropriate, each of which shall correspond and identify each specific improperly acknowledged document previously filed as an exhibit or referenced within any pleading by Plaintiff's in any court's docket or claims register.

    **F.** Assess cost against Plaintiff.

    **G.** Award Defendant attorney fees.

**H.** Award Defendant any other relief that the Court deems just and proper.

Respectfully submitted,

Dated: November 13, 2013

By [signature]

Berneda Brown
16723 Kimbark Court
South Holland, IL [60473]
Telephone: (773) 814-3460
Email: bernedabrown@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2013, the Defendant's Motion to Amend Defendant's Motion to Dismiss Plaintiff's Amended Complaint for Lack of Standing was mailed by depositing in United States Postal Service a true and correct copy of the documents to the following:

JOHNSON, BLUMBERG & ASSOCIATES, LLC
Attorney for Plaintiff
c/o REBECCA M REYES
ARDC# - 6275899
230 W Monroe Street, Suite 1125
Chicago, IL [60606]

By: ______________________
BERNEDA BROWN
16723 Kimbark Court
South Holland, IL [60473]

# EXHIBIT 1

Doc#. 1224408010 fee; $50.00
Date: 08/31/2012 07:49 AM Pg: 1 of 2
Cook County Recorder of Deeds
*RHSP FEE $10.00 Applied

Recording Requested By:
HSBC MORTGAGE SERVICES

When Recorded Return To:

ASSIGNMENTS
HSBC MORTGAGE SERVICES
P.O. BOX 1422
BRANDON, FL 33509

Cook, Illinois

# CORPORATE ASSIGNMENT OF MORTGAGE

SELLER'S SERVICING #:15725302 "BROWN"

REDACTEDREDACTEDREDACTEDREDACTED

Date of Assignment: August 28th, 2012
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ACCREDITED HOME LENDERS, INC. A CALIFORNIA CORPORATION "ITS SUCCESSORS AND ASSIGNS" at 1595 SPRING HILL ROAD, STE 310, VIENNA, VA 22182
Assignee: HSBC MORTGAGE SERVICES INC. at 636 GRAND REGENCY BLVD, BRANDON, FL 33510

Executed By: BERNEDA BROWN To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC AS NOMINEE FOR ACCREDITED HOME LENDERS, INC. A CALIFORNIA CORPORATION " ITS SUCCESSORS AND ASSIGNS" AT 577 LAMONT RD, ELMHURST, IL 60126
Date of Mortgage: 08/31/2006 Recorded: 09/27/2006 in Book/Reel/Liber. N/A Page/Folio: N/A as Instrument No.: 0627042095 In the County of Cook, State of Illinois.

Assessor's/Tax ID No. 29-23-410-012-0000

Property Address: 16723 KIMBARK COURT, SOUTH HOLLAND, IL 60473

Legal: LOT 371 IN 6TH ADDITION TO CATALINA, BEING A SUBDIVISION OF PART OF LOT 2 IN K. DALENBERG'S SUBDIVISION IN THE NORTH PART OF THE SOUTHWEST 1/4 AND OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF SECTION 23, TOWNSHIP 36 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLAT OF SAID 6TH ADDITION TO CATALINA REGISTERED IN THE OFFICE OF THE REGISTRAR OF TITLES OF COOK COUNTY, ILLINOIS, ON DECEMEBER 2, 1968, AS DOCUMENT NUMBER 2424464, IN COOK COUNTY, ILLINOIS.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $180,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

REDACTEDREDACTEDREDACTEDREDACTEDREDACTEDREDACTEDREDACTED

EXHIBIT 

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ACCREDITED HOME LENDERS, INC. A CALIFORNIA CORPORATION "ITS SUCCESSORS AND ASSIGNS"
On August 28th, 2012

SEAL

By: Michelle Lytle
MICHELLE LYTLE, Assistant Secretary

STATE OF Florida
COUNTY OF Hillsborough

On August 28th, 2012, before me, BENNY L. CAMPBELL, a Notary Public in and for Hillsborough in the State of Florida, personally appeared MICHELLE LYTLE, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Benny L Campbell
BENNY L. CAMPBELL
Notary Expires: 05/30/2015 #EE098214

BENNY L. CAMPBELL NOTARY PUBLIC STATE OF FLORIDA My Comm. Expires May 30, 2015 No. EE098214

(This area for notarial seal)

Prepared By:
Michelle Lytle, HSBC MORTGAGE SERVICES 636 GRAND REGENCY BLVD, BRANDON, FL 33510 813-571-8400

REDACTEDREDACTEDREDACTEDREDACTEDREDACTEDREDACTEDREDACTEDREDACTED

# EXHIBIT 2

040 8/09/12 9:20:11
DK T BK 3,482 PG 354
040 DESOTO COUNTY, MS
W.E. DAVIS, CH CLERK

Recording Requested By: HSBC MORTGAGE SERVICES

Prepared By: Nataly Cabrera, HSBC MORTGAGE SERVICES 636 GRAND REGENCY BLVD, BRANDON, FL 33510 813-571-8400
When Recorded Return To: ASSIGNMENTS, HSBC MORTGAGE SERVICES P.O. BOX 1422, BRANDON, FL 33509

**CORPORATE ASSIGNMENT OF DEED OF TRUST**

**De Soto, Mississippi**
**SELLER'S SERVICING #:7682784** "WIDDOWS"

**MERS #: 100046000076827843 SIS #: 1-888-679-6377**

Date of Assignment: August 8th, 2012
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "ITS SUCCESSORS AND ASSIGNS" at 1595 SPRING HILL ROAD, STE 310, VIENNA, VA 22182 Phone: 1-888-679-6377
Assignee: HSBC BANK USA, N.A. SUCCESSOR BY MERGER TO HSBC BANK USA at 2929 WALDEN AVENUE, DEPEW, NY 14043 Phone:
Original Beneficiary: FIRST HORIZON HOME LOAN CORPORATION DBA FIRST HORIZON LENDING CENTER

Executed By: DEBORAH A WIDDOWS & VINCENT L WIDDOWS, WIFE & HUSBAND at 422 WOODSMOKE DR SOUTHAVEN, MS 38671 Phone: To: FIRST HORIZON HOME LOAN CORPORATION DBA FIRST HORIZON LENDING CENTER
Date of Deed of Trust: 07/23/2003 Recorded: 07/31/2003 in Book/Reel/Liber: 1782 Page/Folio: 617 as Instrument No.: N/A In the County of De Soto, State of Mississippi.

Property Address: 422 WOODSMOKE DR, SOUTHAVEN, MS 38671

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust having an original principal sum of $108,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Deed of Trust.

TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "ITS SUCCESSORS AND ASSIGNS"
On August 8th, 2012

By: ______________________
MICHELLE LYTLE, Assistant Secretary

*ASP*AS5HSBI*08/08/2012 09:36:33 AM* HSBI02HSBIA000000000000000882229* MSDE SO* MSSTATE_TRUST_ASSIGN_ASSN **NXCHSBI*

2

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF Florida
COUNTY OF Hillsborough

On August 8th, 2012, before me, BENNY L. CAMPBELL, a Notary Public in and for Hillsborough in the State of Florida, personally appeared MICHELLE LYTLE, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

BENNY L. CAMPBELL
Notary Expires: 05/30/2015 #EE098214

BENNY L. CAMPBELL NOTARY PUBLIC STATE OF FLORIDA My Comm. Expires May 30, 2015 No. EE098214

(This area for notarial seal)

*ASP*AS5HSBI*08/08/2012 09:36:33 AM* HSBI02HSBIA000000000000000882229* MSDE SO* MSSTATE_TRUST_ASSIGN_ASSN **NXCHSBI*

LS 8/31/12 9:53:17
LS DK T BK 3,494 PG 208
DESOTO COUNTY, MS
W.E. DAVIS, CH CLERK

Recording Requested By: HSBC MORTGAGE SERVICES

Prepared By: Nataly Cabrera, HSBC MORTGAGE SERVICES 636 GRAND REGENCY BLVD, BRANDON, FL 33510 813-571-8400
When Recorded Return To: ASSIGNMENTS, HSBC MORTGAGE SERVICES P.O. BOX 1422, BRANDON, FL 33509

**CORPORATE ASSIGNMENT OF DEED OF TRUST**

**De Soto, Mississippi**
**SELLER'S SERVICING #:14392401** "STEVENSON"

**MERS #: 100077910006216010 SIS #: 1-888-679-6377**

Date of Assignment: August 30th, 2012
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY, LLC "ITS SUCCESSORS AND ASSIGNS" at 1595 SPRING HILL ROAD, STE 310, VIENNA, VA 22182 Phone: 1-888-679-6377
Assignee: HSBC MORTGAGE SERVICES INC at 636 GRAND REGENCY BLVD, BRANDON, FL 33510 Phone:
Original Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY LLC, "ITS SUCCESSORS AND ASSIGNS"

Executed By: JOSEPHINE STEVENSON, A SINGLE WOMAN at 7892 MILESTONE DR SOUTHAVEN, MS 38671 Phone: To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY LLC, "ITS SUCCESSORS AND ASSIGNS"
Date of Deed of Trust: 05/08/2006 Recorded: 07/13/2006 in Book/Reel/Liber: 2515 Page/Folio: 744 as Instrument No.: N/A In the County of De Soto, State of Mississippi.

Property Address: 7892 MILESTONE DR, SOUTHAVEN, MS 38671

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust having an original principal sum of $137,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Deed of Trust.

TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY, LLC "ITS SUCCESSORS AND ASSIGNS"
On August 30th, 2012

By: ____________________
MICHELLE LYTLE, Assistant Secretary

*BRP*BR2HSBI*08/30/2012 10:33:37 AM* HSBI02HSBIA00000000000000887949* MSDE SO* MSSTATE_TRUST_ASSIGN_ASSN **NXCHSBI*

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF Florida
COUNTY OF Hillsborough

On August 30th, 2012, before me, BENNY L. CAMPBELL, a Notary Public in and for Hillsborough in the State of Florida, personally appeared MICHELLE LYTLE, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

BENNY L. CAMPBELL
Notary Expires: 05/30/2015 #EE098214

BENNY L. CAMPBELL NOTARY PUBLIC STATE OF FLORIDA My Comm. Expires May 30, 2015 No. EE098214

(This area for notarial seal)

*BRP*BR2HSBI*08/30/2012 10:33:37 AM* HSBI02HSBIA000000000000000887949* MSDE SO* MSSTATE_TRUST_ASSIGN_ASSN **NXCHSBI*

LS 9/05/12 11:58:49
LS DK T BK 3,496 PG 613
DESOTO COUNTY, MS
W.E. DAVIS, CH CLERK

Recording Requested By: HSBC MORTGAGE SERVICES

Prepared By: Nataly Cabrera, HSBC MORTGAGE SERVICES 636 GRAND REGENCY BLVD, BRANDON, FL 33510 813-571-8400
When Recorded Return To: ASSIGNMENTS, HSBC MORTGAGE SERVICES P.O. BOX 1422, BRANDON, FL 33509

**CORPORATE ASSIGNMENT OF DEED OF TRUST**

**De Soto, Mississippi**
**SELLER'S SERVICING #:9526286 "PAUPST"**

**MERS #: 100200100060665316 SIS #: 1-888-679-6377**

Date of Assignment: September 4th, 2012
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR EQUIFIRST CORPORATION "ITS SUCCESSORS AND ASSIGNS" at 1595 SPRING HILL ROAD, STE 310, VIENNA, VA 22182 Phone: 1-888-679-6377
Assignee: HSBC MORTGAGE SERVICES INC at 636 GRAND REGENCY BLVD, BRANDON, FL 33510 Phone:
Original Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC AS NOMINEE FOR EQUIFIRST CORPORATION "ITS SUCCESSORS AND ASSIGNS"

Executed By: JACQUELINE PAUPST, A SINGLE PERSON at 10415 STEPHENSON LANE OLIVE BRANCH, MS 38654 Phone: To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC AS NOMINEE FOR EQUIFIRST CORPORATION "ITS SUCCESSORS AND ASSIGNS"
Date of Deed of Trust: 10/27/2004 Recorded: 11/03/2004 in Book/Reel/Liber: 2099 Page/Folio: 22 as Instrument No.: N/A In the County of De Soto, State of Mississippi.

Property Address: 10415 STEPHENSON LANE, OLIVE BRANCH, MS 38654

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust having an original principal sum of $101,900.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Deed of Trust.

TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR EQUIFIRST CORPORATION "ITS SUCCESSORS AND ASSIGNS"
On September 4th, 2012

By:______________________
MICHELLE LYTLE, Assistant Secretary

*AMP*AM3HSBI*09/04/2012 11:14:16 AM* HSBI02HSBIA0000000000000000889771* MSDE SO* MSSTATE_TRUST_ASSIGN_ASSN **NXCHSBI*

2

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF Florida
COUNTY OF Hillsborough

On September 4th, 2012, before me, TREVIN MYERS, a Notary Public in and for Hillsborough in the State of Florida, personally appeared MICHELLE LYTLE, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

TREVIN MYERS
Notary Expires: 05/30/2015 #EE098231

TREVIN MYERS NOTARY My Comm. Expires May 30, 2015 No. EE098231 PUBLIC STATE OF FLORIDA

(This area for notarial seal)

*AMP*AM3HSBI*09/04/2012 11:14:16 AM* HSBI02HSBIA000000000000000889771* MSDE SO*
MSSTATE_TRUST_ASSIGN_ASSN **NXCHSBI*

9/20/12 11:16:35
DK T BK 3,505 PG 441
DESOTO COUNTY, MS
W.E. DAVIS, CH CLERK

Recording Requested By: HSBC MORTGAGE SERVICES

Prepared By: Nataly Cabrera, HSBC MORTGAGE SERVICES 636 GRAND REGENCY BLVD, BRANDON, FL 33510 813-571-8400
When Recorded Return To: ASSIGNMENTS, HSBC MORTGAGE SERVICES P.O. BOX 1422, BRANDON, FL 33509

**CORPORATE ASSIGNMENT OF DEED OF TRUST**

**De Soto, Mississippi**
**SELLER'S SERVICING #:13861489 "PIPKIN"**

**MERS #: 100190821031090084 SIS #: 1-888-679-6377**

Date of Assignment: September 14th, 2012
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR SOUTHSTAR FUNDING, L.L.C., "ITS SUCCESSORS AND ASSIGNS" at 1595 SPRING HILL ROAD, STE 310, VIENNA, VA 22182 Phone: 1-888-679-6377
Assignee: HSBC MORTGAGE SERVICES INC at 636 GRAND REGENCY BLVD, BRANDON, FL 33510 Phone:
Original Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC AS NOMINEE FOR SOUTHSTAR FUNDING, LLC, "ITS SUCCESSORS AND ASSIGNS"

Executed By: JASON PIPKIN AND LORI PIPKIN, HUSBAND AND WIFE at 9939 WHITE POPLAR DRIVE OLIVE BRANCH, MS 38654 Phone: To: MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC AS NOMINEE FOR SOUTHSTAR FUNDING, LLC, "ITS SUCCESSORS AND ASSIGNS"
Date of Deed of Trust: 03/31/2006 Recorded: 04/10/2006 in Book/Reel/Liber: 2447 Page/Folio: 372 as Instrument No.: N/A In the County of De Soto, State of Mississippi.

Property Address: 9939 WHITE POPLAR DRIVE, OLIVE BRANCH, MS 38654

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust having an original principal sum of $136,650.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Deed of Trust.

TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR SOUTHSTAR FUNDING, L.L.C., "ITS SUCCESSORS AND ASSIGNS"
On September 14th, 2012

By:____________________
TREVIN MYERS, Assistant Secretary

*ELP*ELPHSBI*09/14/2012 09:32:41 AM* HSBI02HSBIA000000000000000890325* MSDE SO* MSSTATE_TRUST_ASSIGN_ASSN **NXCHSBI*

DK T BK 3,505 PG 442

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF Florida
COUNTY OF Hillsborough

On September 14th, 2012, before me, BENNY L. CAMPBELL, a Notary Public in and for Hillsborough in the State of Florida, personally appeared TREVIN MYERS, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

BENNY L. CAMPBELL
Notary Expires: 05/30/2015 #EE098214

BENNY L. CAMPBELL NOTARY PUBLIC STATE OF FLORIDA My Comm. Expires May 30, 2015 No. EE098214

(This area for notarial seal)

*ELP*ELPHSBI*09/14/2012 09:32:41 AM* HSBI02HSBIA0000000000000000890325* MSDE SO* MSSTATE_TRUST_ASSIGN_ASSN **NXCHSBI*

4/13/12 9:49:40
DK T BK 3,425 PG 664
DESOTO COUNTY, MS
W.E. DAVIS, CH CLERK

Recording Requested By: HSBC MORTGAGE SERVICES

Prepared By: Michelle Lytle, HSBC MORTGAGE SERVICES 636 GRAND REGENCY BLVD, BRANDON, FL 33510 813-571-8400
When Recorded Return To: ASSIGNMENTS, HSBC MORTGAGE SERVICES P.O. BOX 1422, BRANDON, FL 33509

**CORPORATE ASSIGNMENT OF DEED OF TRUST**

**De Soto, Mississippi**
**SELLER'S SERVICING #:11192879 "PRINCE"**

**MERS #: 100372405060428090 SIS #: 1-888-679-6377**

Date of Assignment: April 11th, 2012
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK "ITS SUCCESSORS AND ASSIGNS" at 1595 SPRING HILL ROAD, STE 310, VIENNA, VA 22182 Phone: 1-888-679-6377
Assignee: HSBC MORTGAGE SERVICES INC at 636 GRAND REGENCY BLVD, BRANDON, FL 33510 Phone:
Original Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR WILMINGTON FINANCE , A DIVISION OF AIG FEDERAL SAVINGS BANK IT'S SUCCESSORS AND ASSIGNS

Executed By: WILBUR T. PRINCE, A MARRIED PERSON at 8072 SHELBURNE LN EAST SOUTHAVEN, MS 38672 Phone: To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR WILMINGTON FINANCE , A DIVISION OF AIG FEDERAL SAVINGS BANK IT'S SUCCESSORS AND ASSIGNS
Date of Deed of Trust: 06/20/2005 Recorded: 06/30/2005 in Book/Reel/Liber: 2,248 Page/Folio: 22 as Instrument No.: N/A In the County of De Soto, State of Mississippi.

Property Address: 8072 SHELBURNE LN EAST, SOUTHAVEN, MS 38672

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust having an original principal sum of $192,800.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Deed of Trust.

TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK "ITS SUCCESSORS AND ASSIGNS"
On April 11th, 2012

By: [signature]
MELISSA D CLEARY, Assistant Secretary

*EMC*EMPHSBI*04/11/2012 02:52:22 PM* HSBI02HSBIA0000000000000000826416* MSDE SO*
11192879 MSSTATE_TRUST_ASSIGN_ASSN **ML4HSBI*

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF Florida
COUNTY OF Hillsborough

On April 11th, 2012, before me, TREVIN MYERS, a Notary Public in and for Hillsborough in the State of Florida, personally appeared MELISSA D CLEARY, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

TREVIN MYERS
Notary Expires: 05/30/2015 #EE098231

TREVIN MYERS NOTARY PUBLIC STATE OF FLORIDA My Comm. Expires May 30, 2015 No. EE098231

(This area for notarial seal)

*EMC*EMPHSBI*04/11/2012 02:52:22 PM* HSBI02HSBIA0000000000000000826416* MSDE SO* 11192879 MSSTATE_TRUST_ASSIGN_ASSN **ML4HSBI*