# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

U.S. Bank Trust, N.A., et al.
                    Plaintiff,

v.                                         Case No.: 1:13−cv−02622
                                           Honorable Ruben Castillo

Berneda Brown, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 16, 2013:

    MINUTE entry before the Honorable Ruben Castillo:After a careful review of the case docket, defendant Berneda Brown is hereby defaulted for failure to timely file an answer to plaintiff's amended complaint. All unknown owners and non−record claimant defendants are dismissed without prejudice for failure to prosecute or serve.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.